# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| George Jason Long,<br><br>              Plaintiff,<br><br>    v.<br><br>State of Nevada, et al.,<br><br>              Defendants. | Case No. 2:23-cv-01667-MMD-DJA<br><br>**Order** |

On October 26, 2023, the Court ordered Plaintiff to file a complete application to proceed *in forma pauperis* on or before November 27, 2023. (ECF No. 3). In that order the Court explained that "[f]ailure to comply with this order will result in a recommendation to the District Judge that this action be dismissed." (*Id.* at 2). The Court's mail containing this order was returned as undeliverable. (ECF No. 5). However, Plaintiff updated his address and the Clerk's office re-sent the order to Plaintiff's new address. (ECF Nos. 4, 5). Nonetheless, Plaintiff's address on the docket has not been updated.

The Court will thus re-send its prior order, this order, and a copy of the docket sheet to Plaintiff at his new address and will update Plaintiff's address on the docket. The Court will also give Plaintiff thirty more days to file a complete application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff: (1) this order; (2) the order filed at ECF No. 3; (4) a blank application to proceed *in*

*forma pauperis* by an inmate as well as the accompanying instruction packet[1]; and (5) a copy of the docket sheet.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to update Plaintiff's address on the docket to reflect that which he filed in his change of address filed at ECF No. 4.

**IT IS FURTHER ORDERED** that on or before **April 8, 2024,** Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before **April 8, 2024**, the Court will recommend dismissal of this action.

DATED: March 8, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] It is unclear from Plaintiff's notice of change of address if Plaintiff is still residing at the Clark County Detention Center and is having someone else receive his mail.  If Plaintiff is no longer an inmate, he should use the non-inmate *in forma pauperis* application form.  This Court can be found on the Court's website at https://www.nvd.uscourts.gov/court-information/forms/