# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| George Jason Long, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>State of Nevada, et al., <br><br>　　　　Defendants. | Case No. 2:23-cv-01667-MMD-DJA <br><br>**Report and Recommendation** |

On October 26, 2023, the Court ordered Plaintiff to file a complete application to proceed *in forma pauperis* on or before November 27, 2023. (ECF No. 3). In that order the Court explained that "[f]ailure to comply with this order will result in a recommendation to the District Judge that this action be dismissed." (*Id.* at 2). The Court's mail containing this order was returned as undeliverable. (ECF No. 5). However, Plaintiff had updated his address and the Clerk's office re-sent the order to Plaintiff's new address. (ECF Nos. 4, 5). Nonetheless, Plaintiff's address on the docket had not been updated.

The Court thus re-sent its prior order and a copy of the docket sheet to Plaintiff at his new address and updated Plaintiff's address on the docket. (ECF No. 6). The Court also gave Plaintiff thirty more days to file a complete application to proceed *in forma pauperis*. (*Id.*). Again, in doing so, the Court warned that "if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before **April 8, 2024,** the Court will recommend dismissal of this action. (*Id.*) (emphasis in original). To date, Plaintiff has filed nothing further on the docket.

///

///

///

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

### NOTICE

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: June 27, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE