UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE JASON LONG,<br><br>                        Plaintiff,<br>    v.<br><br>STATE OF NEVADA, *et al*.,<br><br>                      Defendants. | Case No. 2:23-cv-01667-MMD-DJA<br><br>ORDER |

    *Pro se* Plaintiff George Jason Long brings this action alleging violations of his civil rights under 42 U.S.C. § 1983. (ECF No. 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Daniel J. Albregts, recommending that the Court dismiss the action without prejudice because Plaintiff has failed to file a complete application to proceed *in forma pauperis* ("IFP") or to pay the full filing fee. (ECF No. 7.) Objections to the R&R were due July 11, 2024. (*See id.*) To date, no objections have been filed. For this reason, and as explained below, the Court adopts the R&R in full and dismisses this action without prejudice.

    Because there is no objection, the Court need not conduct de novo review and is satisfied Judge Albregts did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). On October 26, 2023, the Court ordered Plaintiff to file a complete IFP application or pay the filing fee on or before November 27, 2023. (ECF No. 3.) The Court subsequently re-sent this order to Plaintiff at his updated address and further extended the deadline to file an IFP application to April 8, 2024. (ECF No. 6.) The Court warned Plaintiff that failure to do so by the new deadline would result in a recommendation for dismissal. (*Id.*) To date, Plaintiff has not submitted

an IFP application, paid the civil filing fee, or made any other filings on the docket. The Court thus agrees with Judge Albregts that dismissal is appropriate and will adopt the R&R in full.

It is therefore ordered that Judge Albregts' Report and Recommendation (ECF No. 7) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 5th Day of August 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE